*E-FILED - 8/12/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILBERT NOBLE, | ) | No. C 06-7114 RMW (PR) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| DARREL G. ADAMS, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

The court has granted respondent's motion to dismiss the instant petition pursuant to 28 U.S.C. § 2244(d)(1). A judgment of dismissal is hereby entered. The clerk shall close the file.

IT IS SO ORDERED.

Dated:   8/8/08

*Ronald M. Whyte*

RONALD M. WHYTE
United States District Judge

Judgment
G:\PRO-SE\SJ.Rmw\HC.06\Noble114jud.wpd          1