1

2

3    E-FILED on 6/7/12

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   WILBERT NOBLE,                    )   No. C 06-7114 RMW (PR)
                                        )
12                Petitioner,           )   ORDER AFTER REMAND RE-OPENING
                                        )   CASE; APPOINTING COUNSEL
13     v.                               )
                                        )
14   WARDEN DARREL G. ADAMS,            )
                                        )
15                Respondent.           )
     _____ )
16

17          This is a habeas action under 28 U.S.C. § 2254.  On August 12, 2008, the court granted

18   respondent's motion to dismiss petitioner's petition as untimely, and closed the case.  On April

19   19, 2012, the Ninth Circuit Court of Appeals vacated and remanded the case back to this court.

20   For the reasons that follow, the court re-opens this case, and sua sponte appoints counsel for

21   petitioner.

22          The Sixth Amendment right to counsel does not apply in habeas corpus actions.

23   Knaubert v. Goldsmith, 791 F.2d 722, 728 (9th Cir. 1986).  However, 18 U.S.C. §

24   3006A(a)(2)(B) authorizes a district court to appoint counsel to represent a habeas petitioner

25   whenever "the court determines that the interests of justice so require . . . ."  In this case, the

26   court finds this action sufficiently complex to warrant the appointment of counsel.  Accordingly,

27   this matter is **REFERRED** to the Federal Public Defender to find representation for petitioner.

28
     Order After Remand Re-Opening Case; Appointing Counsel
     G:\PRO-SE\SJ.Rmw\HC old\HC.06\Noble114apptatty.wpd

1    The clerk of the court is directed to provide a copy of this order to the Office of the

2  Federal Public Defender.  Upon being notified by the Office of the Federal Public Defender that

3  an attorney has been located to represent petitioner, the court will appoint that attorney as

4  counsel for petitioner.  All further proceedings in this action except those related to appoint of

5  counsel are hereby **STAYED**.

6         IT IS SO ORDERED.

7  DATED: _____

RONALD M. WHYTE
United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order After Remand Re-Opening Case; Appointing Counsel
G:\PRO-SE\SJ.Rmw\HC old\HC.06\Noble114apptatty.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

WILBERT NOBLE,

                Plaintiff,

  v.

DERRAL G ADAMS et al,

                Defendant.

_____/

Case Number: CV06-07114 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 7, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James Bradley O'Connell
First District Appellate Project
Appeal Counsel
730 Harrison Street
Suite 201
San Francisco, CA 94107

Federal Public Defender's Office
San Jose Office

Dated: June 7, 2012

Richard W. Wieking, Clerk
By: Jackie Lynn Garcia, Deputy Clerk