IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILBERT NOBLE,<br><br>　Petitioner,<br><br>　v.<br><br>DARRELL ADAMS, Warden,<br><br>　Respondent. | No. 06-CV-07114-RMW<br><br>~~(Proposed)~~<br>**Order Lifting Stay and Setting Briefing**<br><br>Before: HON. RONALD M. WHYTE |

　　Good cause appearing, petitioner Wilbert Noble's to lift the previously-ordered stay and to set briefing on remand is granted.

　　The stay of proceedings ordered on June 7, 2012, is hereby lifted and the case is restored to active status.

　　Petitioner's application to file a remand brief in excess of 25 pages is granted. "Petitioner's Remand Brief on State Timeliness" is ordered filed.

　　The Court sets the following schedule for further briefing: Respondent shall file an answering brief within 60 days of the date of this order. Petitioner may file a reply brief within 30 days of filing of respondent's brief. Either party may apply

to the Court for an extension of time on the respondent's brief or the petitioner's reply brief.

IT IS SO ORDERED.

_____
HON. RONALD M. WHYTE
U.S. District Judge