IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILBERT NOBLE,<br><br>　Petitioner,<br><br>　v.<br><br>DARRELL ADAMS, Warden,<br><br>　Respondent. | No. 06-CV-07114-RMW<br><br>()<br>**Order Granting Extension of Time**<br>Before: HON. RONALD M. WHYTE |

Good cause appearing, petitioner Wilbert Noble's unopposed application for an extension of time is granted. The time for filing Petitioner's Traverse is hereby extended to August 14, 2015. It is so ordered.

Date: 7/22/15

*Ronald M. Whyte*
_____
HON. RONALD M. WHYTE
U.S. District Judge