IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**WILBERT NOBLE,**

                        Petitioner,

      v.

**DARREL G. ADAMS, Warden,**

                        Respondent.

Case No. C 06-7114 EMC (PR)

**[PROPOSED] ORDER**

GOOD CAUSE being shown, the Court hereby grants respondent's request for an enlargement of time to and including June 11, 2018, in which to file and serve a response to motions to file amended petition and to lift stay. Response due June 18, 2018. June 7, 2018 hearing vacated. Court will take matter under submission.

IT IS SO ORDERED.

Dated: 5/15/18

_____
The Honorable Edward M. Chen

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

1

[Proposed] Order (C 06-7114 EMC (PR))